1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JEFF C. AIDNIK,

12                    Plaintiff,              No. CIV S-08-2145-SPG (PC)

13            vs.

14   MIKE KNOLLS et al.,

15                    Defendants.             ORDER

16   _____/

17          Plaintiff is a state prisoner who is proceeding pro se.  He seeks relief pursuant to 42

18   U.S.C. § 1983.  Upon comparison of this complaint with the complaint in Aidnik v. California

19   Medical Facility, No. CIV S-08-2583-HDM-RAM,[1] the court deems the complaint in this case to

20   be a request to file a supplemental pleading in the original case.  See Fed. R. Civ. P. 15(d).  The

21   cases are brought by the same plaintiff, concern overlapping facts and events, and assert similar

22   claims for relief.  See Cabrera v. City of Huntington Park, 159 F.3d 374, 382 (9th Cir. 1998) (per

23   curiam) (holding that, at the court's discretion, a party may file a supplemental complaint

24   containing claims that accrued after the initial complaint was filed).  The court therefore

25   _____

26          [1] A court may take judicial notice of court records.  MGIC Indem. Corp. v. Weisman, 803
     F.2d 500, 504 (9th Cir. 1986).

PDF created with pdfFactory trial version www.pdffactory.com

1  GRANTS the request.

2       Accordingly, IT IS HEREBY ORDERED that:

3       1.  The Clerk of the Court shall file the complaint and addendum to the complaint herein

4  as supplemental pleadings in <u>Aidnik v. California Medical Facility</u>, No. CIV S-08-2583-HDM-

5  RAM.

6       2.  This case is hereby DISMISSED.

7  DATED:  March 5, 2009

8

9                                **/s/ Susan P. Graber**

10                  UNITED STATES CIRCUIT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PDF created with pdfFactory trial version www.pdffactory.com