IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

Plaintiff, No. CIV S-09-1355 JAM DAD P

vs.

MIKE KNOWLES, et al.,

Defendants. ORDER

_______________________________/

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. In accordance with the court's February 5, 2010 order, plaintiff has filed a second amended complaint.

Plaintiff has not signed his second amended complaint. Under Rule 11 of the Federal Rules of Civil Procedure, plaintiff must sign "[e]very pleading, written motion and other paper" submitted to the court. In the interest of justice, the court will direct the Clerk of the Court to send plaintiff a copy of his second amended complaint. If plaintiff wishes to proceed in this action, he will be required to sign his complaint and return it to the court within thirty days of the date of service of this order.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a copy of his second amended complaint (Doc. No. 18); and

2. Within thirty days from the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court, together with his signed second amended complaint. Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

DATED: March 12, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
aidn1355.sign

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

Plaintiff, No. CIV S-09-1355 JAM DAD P

vs.

MIKE KNOWLES, et al.,

Defendants.

NOTICE OF SUBMISSION OF DOCUMENTS

______________________________/

Plaintiff hereby submits the following document in compliance with the court's order filed ____________________:

_____ a signed second amended civil rights complaint

DATED: ____________________.

______________________________
Plaintiff